**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARK DENNIS,**

            **Plaintiff,**

**-vs-**                                                **Case No. 6:07-cv-1282-Orl-22DAB**

**MEADOWS PROPERTIES, INC., and**
**KEVIN MEADOWS,**

            **Defendants.**

_____

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION TO COMPEL DISCOVERY (Doc. No. 32)
>
> **FILED:** June 23, 2008
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

As no timely response has been filed to the motion, it is due to be granted, as unopposed. Defendants are therefore **ordered** to respond fully to the Request for Production of Documents and the First Set of Interrogatories within 11 days of the date of this Order. Failure to timely comply may result in the imposition of sanctions.

**DONE** and **ORDERED** in Orlando, Florida on July 21, 2008.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties