# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARK DENNIS,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:07-cv-1282-Orl-22DAB**

**MEADOWS PROPERTIES, INC., and
KEVIN MEADOWS,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on Joint Stipulation for Entry of Final Judgment (Doc. No. 40) filed on January 29, 2009.

The United States Magistrate Judge has submitted a report recommending that the Stipulation be granted, provided that no part of Plaintiff's recovery be used to augment the fee allowance.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 20, 2009 (Doc. No. 42) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Stipulation for Entry of Final Judgment (Doc. No. 40) is approved.

3. The Clerk is directed to enter the Judgment (Doc. No. 40-2) and close the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 11, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

ANNE C. CONWAY
United States District Judge